No. 01–907. RUGIERO v. DEPARTMENT OF JUSTICE ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–910. NEWTON v. B. F. GOODRICH CO. ET AL. Ct. App. N. C. Certiorari denied.

No. 01–911. TANKHA v. WYETH-AYERST LABORATORIES, INC., ET AL. Super. Ct. Pa. Certiorari denied.

No. 01–912. JENNINGS v. KELLOGG USA, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 01–913. JACOBS v. RICE COUNTY, MINNESOTA. Sup. Ct. Minn. Certiorari denied.

No. 01–919. LOE v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–922. MCKEON v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 01–923. MAARAWI v. VERMONT. Sup. Ct. Vt. Certiorari denied.

No. 01–930. DINGES v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 01–935. EISENSTEIN v. MCGREEVEY, GOVERNOR OF NEW JERSEY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–946. SMEDVIG TANKSHIPS, LTD., ET AL. v. HINGLE, SHERIFF, PLAQUEMINES PARISH, LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 01–947. HENSON v. SYNGENTA CROP PROTECTION, INC., ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–970. BIEGANOWSKI v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–971. PIPER v. VENEMAN, SECRETARY OF AGRICULTURE. C. A. 5th Cir. Certiorari denied.